USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/27/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Colony Capital, Inc.,

        Plaintiff,

–v–

James F. Flaherty, III,

        Defendant.

21-cv-4645 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court adopts the parties' proposed briefing schedule. Flaherty's opposition is due June 2, 2021. CLNY's reply is due June 9, 2021. The Court will hold argument by telephone on June 11, 2021, at 11:30 a.m. The parties and members of the public may access the proceeding at the scheduled time by dialing (888) 363-4749 and entering access code 919-6964.

    SO ORDERED.

Dated: May 27, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge