UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/10/2021
```

Colony Capital, Inc.,

                    Plaintiff,

          –v–

James F. Flaherty, III,

                    Defendant.

21-cv-4645 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

          The Court will hold oral argument on CLNY's motion for a preliminary injunction

tomorrow, June 11, 2021, at 11:00 a.m., rather than at 11:30 a.m. as previously scheduled.


          SO ORDERED.


Dated: June 10, 2021
        New York, New York

_____
          ALISON J. NATHAN
        United States District Judge