UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Colony Capital, Inc.,

        Plaintiff,

–v–

James F. Flaherty, III,

        Defendant.

21-cv-4645 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On August 4, 2021, Defendant file a letter (Dkt. No. 41) requesting that Plaintiff's motion for summary judgment filed on August 2, 2021 (Dkt. No. 38) be held in abeyance until the Court resolves Defendant's pending motion to dismiss (Dkt. No. 27). Plaintiff shall file a response to Defendant's letter by August 13, 2021.

    SO ORDERED.

Dated: August 10, 2021
       New York, New York

                                          ALISON J. NATHAN
                                      United States District Judge