UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Colony Capital, Inc.,

        Plaintiff,

–v–

James F. Flaherty, III,

        Defendant.

21-cv-4645 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Defendant's motion to stay consideration of Plaintiff's motion to vacate the arbitration award is DENIED. Dkt. No. 54. Defendant's response to Plaintiff's motion to vacate is due by October 27, 2021. Dkt. No. 53.

    This resolves docket number 54.

SO ORDERED.

Dated: October 20, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge